UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KIRAN VUPPALA.,

                            Plaintiff(s)

                                                                25 civ 9036 (JGK)

        -against-

DEVOCION 20TH STREET LLC, et al,
                            Defendant(s).
----------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, February 11, 2026, at 4:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 4, 2026