UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KIRAN VUPPALA,

                            Plaintiff,

        - against -

DEVOCION 20TH STREET LLC, ET AL.,

                       Defendants.
_____

25-cv-9036 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by telephone, for a pre-motion conference in connection with Defendant Mastam Inc.'s anticipated motion to dismiss on **Wednesday, March 18, 2026, at 3:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           March 13, 2026

                                John G. Koeltl
                       United States District Judge